IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRUSTEES AND FIDUCIARIES OF THE IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) BENEFIT AND PENSION PLANS, et al.,** | : : : : : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : : | No. 22-1432 |
| **INNER CITY STEEL, LLC, and ROBERT BARTON,** | : : : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, on this **21st** day of **December 2022**, default having been entered against Defendants Inner City Steel, LLC and Robert Baron for failure to appear or otherwise defend this action, upon consideration of Plaintiffs' Motion for Default Judgment (ECF 6), and consistent with the separately docketed Memorandum, it is **ORDERED** that Plaintiffs' Motion (ECF 6) is **GRANTED** and **JUDGMENT is entered** in favor of Plaintiffs the Trustees and Fiduciaries of the Iron Workers District Council (Philadelphia and Vicinity) Benefit and Pension Plan, the Iron Workers District Council's Benefit and Pension Plans, International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers' Local Union No. 404, its Annuity and Apprentice Training Fund, its IPAL, and the Union Iron Workers Employers Association of Central Pennsylvania Industry Advancement Fund and against Defendants Inner City Steel, LLC and Robert Barton, jointly and severally, for:

1. Principal contributions for January 2019 through December 31, 2020 in the amount of:

    a. **$140,375.25** to the District Council Funds; and

    b. **$64,962.01** to the 404 Benefit Funds, Industry Fund, and Local 404;

2. Interest for the delinquency period of January 2017 through December 2018 at a rate of 1.5% per month, pursuant to Article VIII Section 9.A of the collective bargaining agreement and 29 U.S.C. § 1132(g)(2)(B), in the amount of:

    a. **$6,867.58** to the District Council Funds; and

    b. **$3,059.47** to the 404 Benefit Funds, Industry Fund, and Local 404;

3. Interest on the delinquent principal contributions for January 2019 through December 31, 2020 (*see supra* ¶ 1) at a rate of 1.5% per month through August 2022, pursuant to Article VIII Section 9.A of the collective bargaining agreement and 29 U.S.C. § 1132(g)(2)(B), in the amount of:

    a. **$70,089.58** to the District Council Funds; and

    b. **$42,018.50** to the 404 Benefit Funds, Industry Fund, and Local 404;

4. Ongoing interest on the delinquent principal contributions for January 2019 through December 31, 2020 (*see supra* ¶ 1) at a rate of 1.5% per month through August 2022, pursuant to Article VIII Section 9.A of the collective bargaining agreement and 29 U.S.C. § 1132(g)(2)(B) until satisfied; and

5. Liquidated damages equal to the interest awarded in ¶¶ 2-4, not to be less than:

    a. **$76,957.16** to the District Council Funds; and

    b. **$45,076.97** to the 404 Benefit Funds, Industry Fund, and Local 404; and

6. Attorneys' fees and costs, pursuant to Article VIII, Section 9.D of the collective bargaining agreement and 29 U.S.C. § 1132(g)(2)(D), in the amount of **$6,458.21**.

The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**